IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA

v.

CHARITY M. HOLLOWAY

NO.  5:11-CR-00046-001(MTT)

## ORDER

On February 17, 2026, the supervised releasee appeared in court for final revocation proceedings and ADMITTED to the Allegations in the Petition for Warrant or Summons for Offender Under Supervision (Doc. 68) filed January 8, 2026. The hearing was continued to allow the parties to investigate a substance abuse treatment program proposed by the supervised releasee.

On April 6, 2026, the supervised releasee appeared in court. The parties agreed to defer sentencing on the Petition to allow for the supervised releasee to complete the outpatient treatment program at the Atlanta Treatment Center in Atlanta, Georgia.

Therefore, the Court **ORDERS** the sentencing for the Petition (Doc. 68) be **DEFERRED** and **MODIFIES** the conditions of supervised release as follows:

> She shall participate and successfully complete the outpatient substance abuse treatment program at the Atlanta Treatment Center in Atlanta, Georgia.
>
> She shall follow all rules and regulations while enrolled in the program.

Otherwise, the terms and conditions of supervision are unchanged. It is hereby **ORDERED** that Ms. Charity Holloway be released from custody immediately and report to the Atlanta Treatment Center by end of day on April 10, 2025.

**SO ORDERED,** this 6th day of April, 2026.

S/ Marc T. Treadwell

_____
MARC T. TREADWELL
U.S. DISTRICT JUDGE

Prepared by: PLM